Mr. Justice Matchett delivered the opinion of the court.

---

Illinois Glass Company, appellee, v. Hump Hair Pin Manufacturing Company, appellant. Gen. No. 31,018.

Action for breach of sales contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 29, 1926.

Deneen, Healy & Lee and Peaks, Bunch & Case, for appellant. Culver, Andrews & King, for appellee.

Mr. Justice Matchett delivered the opinion of the court.